IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Millennium TGA Incorporated, a Hawaii corporation,<br><br>Plaintiff,<br><br>v.<br><br>Matthew Michuta,<br><br>Defendant. | No. CV12-2143 PHX DGC<br><br>**ORDER** |

After review of the file, the Court notes that default was entered by the Clerk of the Court on December 13, 2012. No motion for default judgment has been filed with the Court.

**IT IS ORDERED** that counsel for the plaintiff shall file a status report within 14 days of the date of this order concerning the status of this case.

**IT IS FURTHER ORDERED** that this matter will be dismissed within 14 days of the date of this order if counsel fails to file a status report.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter without further order of this Court if plaintiff fails to file a status report on or before **January 22, 2013**.

Dated this 8th day of January, 2013.

_____
David G. Campbell
United States District Judge