Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ 85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*Millennium TGA, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MILLENNIUM TGA, INC., a Hawaii, corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATHEW MICHUTA,<br><br>Defendant. | **CASE NO.: 2:12-CV-02143-PHX-DGC**<br><br>**PLAINTIFF'S STATUS REPORT** |

Plaintiff Millennium TGA, Inc. ("Plaintiff"), through its undersigned counsel, pursuant to this Courts Order of January 8, 2013 (ECF 10) provides its Status Report as follows:

1.  Plaintiff filed this matter on October 9, 2012.

2.  Defendant was served with a Summons and copy of the Complaint on November 15, 2012.

3.  In that Defendant failed to plead or otherwise defend this action, on December 12, 2012 Plaintiff filed its Motion for Entry of Default Pursuant to Rule 55(a) (ECF 8).

4.  On December 13, 2012, a Clerk's Entry of Default was entered (ECF 9).

1

5. Plaintiff intends to file a Motion for Entry of Default Judgment, within the next ten (10) days.

6. Plaintiff would respectfully submit that is has not been dilatory in the prosecution of this matter.

Dated this 8th day of January, 2013

                                            Law Offices of Steven James Goodhue

                                            By: /s/ Steven James Goodhue
                                                   Steven James Goodhue (#029288)
                                                   9375 East Shea Blvd., Suite 100
                                                   Scottsdale, AZ  85260
                                                   *Attorney for Plaintiff*
                                                   *Millennium TGA, Inc.*

     I hereby certify that on January 8, 2013, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM-ECF system which will send notifications of such filing to all parties of record.

/s/ Steven James Goodhue