Paul D. Ticen (AZ Bar # 024788)
**Kelley / Warner, P.L.L.C.**
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
Tel: 480-331-9397
Fax: 1-866-961-4984
Email: paul@kellywarnerlaw.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MILLENNIUM TGA, INC., a Hawaii, corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATHEW MICHUTA,<br><br>Defendant. | Case No.: 2:12-cv-02143-PHX –DGC<br><br>**NOTICE OF APPEARANCE** |

Paul D. Ticen with the firm of Kelly / Warner, PLLC, hereby provides notice that he is entering an appearance in the above-captioned matter on behalf of Defendant, and respectfully requests that he be served with all pleadings, motions, notices, orders and all other documents filed and/or entered in connection with this matter.

RESPECTFULLY submitted this 11th day of March, 2013

**KELLY / WARNER, PLLC**

By /s/ Paul D. Ticen
   Paul D. Ticen
   404 S. Mill Ave, Suite C-201
   Tempe, Arizona 85281
   Attorney for Defendant

1

**CERTIFICATE OF FILING AND SERVICE**

Pursuant to the Case Management/Electronic Case Filing Administrative Policies and Procedures Manual ("CM/ECF Manual") of the United States District Court for the District of Arizona, I hereby certify that on March 11, 2013, I electronically filed:

**NOTICE OF APPEARANCE**

with the U.S. District Court clerk's office using the ECF system, which will send notification of such filing to the assigned Judge and to the following counsel of record:

Steven James Goodhue
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, Arizona 85260
E-Mail: sjg@sjgoodlaw.com
Attorney for Plaintiff

**KELLY / WARNER, PLLC**

By   /s/ Paul D. Ticen
Paul D. Ticen
404 S. Mill Ave, Suite C-201
Tempe, Arizona 85281
Attorney for Defendant