# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MILLENNIUM TGA, INC., a Hawaii, corporation, | Case No.: 2:12-cv-02143-PHX –DGC |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| MATHEW MICHUTA, | |
| Defendant. | |

Upon consideration of Defendant's Motion to Alter or Amend Judgment, and the entire record herein, the Court's Order and Default Judgment (Doc. No 13) entered February 22, 2013 is Amended.  Pursuant to the Order of Dismissal with Prejudice in *Millennium TGA, Inc. v. John Doe*, 4:11-cv-04501, Southern District of Texas and Rule 41(a)(1)(B), the Default Judgment is vacated, Plaintiff's Motion for Entry of Default Judgment is denied and this matter is now DISMISSED WITH PREJUDICE.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

1

1 | Dated this _____ day of _____, 2013
2
3
4
5 | By _____
The Honorable David G. Campbell
6 | United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28